Form 12 - Travel
D/NV Form
Rev. June 2014

# United States District Court
# for
# the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Richard Punzalan Arias**

Case Number:  **2:13CR00261**

Name of Sentencing Judicial Officer: **Honorable Otis D. Wright**

Date of Original Sentence: **June 13, 2011**

Original Offense: **Conspiracy to Possess with Intent to Distribute Cocaine**

Original Sentence: **37 Months prison, followed by 48 Months TSR.**

Date Supervision Commenced: **March 25, 2013**

Date Jurisdiction Transferred to District of Nevada: **July 8, 2013**

Name of Assigned Judicial Officer: **Honorable Gloria M. Navarro**

## SUMMARY

This report is in reference to the offender's request for international travel. The offender has remained compliant during his term of supervision. As a result, his case was transferred to a low risk caseload on November 26, 2013.

Mr. Arias has requested permission to board a cruise ship destined for 5 days in the western Caribbean with stops in Yucatan and Cozumel, Mexico. The trip would be part of a family vacation that Mr. Arias would be sharing with his parents. The ship is scheduled to depart from Galveston, Texas on August 15, 2015, and return to the same port on August 20, 2015. Mr. Arias expects to fly to Texas early on August 15 and immediately board the ship, if his request is granted. The total cost of the trip is approximately $600 which is being paid for by his parents.

Given Mr. Arias' continued compliance with the conditions of his supervised release, the probation office does not oppose his request for international travel.

The undersigned officer will be available at the Court's convenience to address any questions or concerns.

RE: Richard Punzalan Arias

Form 12 - Travel
D/NV Form
Rev. June 2014

Respectfully submitted,

_____
Shawn Mummey
2015.07.08 12:47:22 -07'00'

Shawn Mummey
United States Probation Officer

Approved:

_____
Robert G. Aquino
2015.07.08 12:51:04
-07'00'

Robert Aquino
Supervisory United States Probation Officer

*THE COURT ORDERS*

☑  Requested Travel is Approved

☐  Requested Travel is Denied

☐  Other

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:**  07/14/2015.